UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

RENE RAMIREZ and LAURA RAMIREZ, §
§
    Plaintiffs, §
§
v. §     Civil Action No. 7:25-CV-00302
§
APEX BANK, §
§
    Defendant. §

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the March 10, 2026, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Nadia S. Medrano. (Dkt. No. 11). Judge Medrano made findings and conclusions and recommended that Defendant's Motion to Dismiss for Failure to State a Claim, (Dkt. No. 4), be granted and that this case be dismissed, (Dkt. No. 11).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1)    Judge Medrano's M&R, (Dkt. No. 11), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

(2)    Defendant's Motion to Dismiss for Failure to State a Claim, (Dkt. No. 4), is **GRANTED**; and

(3)     This case is **DISMISSED without prejudice.**

It is SO ORDERED.

Signed on March 25, 2026.

DREW B. TIPTON
**UNITED STATES DISTRICT JUDGE**